IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
EASTERN DIVISION

**CANDI LEE and CRAIG LEE**                                                                                          **PLAINTIFFS**

**V.**                                                                         **CIVIL ACTION NO. 2:23-CV-98-KS-BWR**

**STATE FARM FIRE AND**
**CASUALTY COMPANY**                                                                                           **DEFENDANT**

## FINAL JUDGMENT

In accordance with the Court's Memorandum Opinion granting the Defendants' motion for summary judgment, this action is DISMISSED WITH PREJUDICE.

IT IS THEREFORE ORDERED AND ADJUDGED that this case is hereby DISMISSED WITH PREJUDICE. This case is closed.

THIS, the 9th day of August, 2024.

/s/ Keith Starrett
KEITH STARRETT
UNITED STATES DISTRICT JUDGE